Gilmur R. Murray (SBN 111856)
Derek G. Howard (SBN 118082)
Scott J. Yundt  (SBN 242595)
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522
gmurray@murrayhowardlaw.com
dhoward@murrayhowardlaw.com
syundt@murrayhowardlaw.com

*Attorneys for Plaintiff Brenden G. Maloof and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDEN G. MALOOF**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>**AIR NEW ZEALAND,**<br>**ALL NIPPON AIRWAYS,**<br>**AMERICAN AIRLINES,**<br>**AMR CORPORATION,**<br>**CATHAY PACIFIC AIRWAYS,**<br>**CHINA AIRLINES,**<br>**EVA AIRWAYS,**<br>**JAPAN AIRLINES INTERNATIONAL,**<br>**MALAYSIA AIRLINES,**<br>**NORTHWEST AIRLINES,**<br>**QANTAS AIRWAYS,**<br>**SINGAPORE AIRLINES,**<br>**THAI AIRWAYS,**<br>**UNITED AIRLINES,**<br><br>Defendants. | **Case No. C-07-05811-CRB**<br><br>**PLAINTIFF BRENDEN G. MALOOF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br><br>Courtroom: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

2    the named parties, there is no such interest to report.

3

4    Dated:  December 10, 2007            MURRAY & HOWARD, LLP

5

6

7                                        /s/ Derek G. Howard_____

8                                        Derek G. Howard

9                                        *Attorneys for Plaintiff Brenden G. Maloof and the Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is MURRAY & HOWARD LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California.  I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**PLAINTIFF BRENDEN G. MALOOF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

**XX**   **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

**XX**   **BY OVERNIGHT COURIER SERVICE:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via Federal Express overnight courier service to the addressee(s) specified below.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on December 10, 2007 at Oakland, California.

/s/ Amanda L. Arnall_____
Amanda L. Arnall

3