1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2       rfavretto@mayerbrown.com
   John Roberti, Esq.
3       jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone:     (202) 263-3000
5  Facsimile:     (202) 263-3300

6  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
7       wjohnson@mayerbrown.com
   Two Palo Alto Square, Suite 300
8  3000 El Camino Real
   Palo Alto, CA 94306-2112
9  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2060
10
   Attorneys for Defendant United Air Lines, Inc.
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

15 | In re INTERNATIONAL AIR               | Master File No. 06-cv-1793-CRB
   | TRANSPORTATION SURCHARGE              |
16 | ANTITRUST LITIGATION                  | MDL No. 1793

17 |                                       | [~~PROPOSED~~] **ORDER DENYING**
   |                                       | **PLAINTIFFS' ADMINISTRATIVE**
18 |                                       | **MOTION TO RELATE CASES**

19 | This Document Relates to:             |

20 |      ALL ACTIONS.                     |

21

22

23

24

25

26

27

28

                    [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES
                                                   Master File No. 06-cv-1793-CRB

1    On December 4, 2007, Plaintiffs in the action *Schelly, et al. v. Air New Zealand*, *et al.*,
2 Northern District Case No. C-07-6071-MMC ("*Schelly*"), filed an Administrative Motion to
3 Relate Cases pursuant to Civil Local Rule 3-12, seeking to relate the *Schelly* case to the above-
4 captioned proceeding, and to three other cases: *Wortman, et al. v. Air New Zealand, et al.*,
5 Northern District Case No. C-07-5634-EDL; *Maloof v. Air New Zealand, et al.*, Northern District
6 Case No. C-07-5811-MJJ; and *Ajaye, et al. v. Air New Zealand, et al.*, Northern District Case
7 No. C-07-5911-JSW.

8    On December 7, 2007, Defendant United Air Lines, Inc. filed an Opposition to this
9 administrative motion.

10    Upon consideration of the papers and pleadings on file, and for good cause shown,
11 **IT IS HEREBY ORDERED** that the administrative motion seeking to relate the *Schelly* action
12 to this action is **DENIED**.

14 DATED:   December 13  , 2007



_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES
Master File No. 06-cv-1793-CRB