1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460
   Email:  jcove@bsfllp.com
5          krossman@bsfllp.com

6  Attorneys for Defendant Northwest Airlines

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  **BRENDEN G. MALOOF**,                  ) Case No. 07-CV-05811-CRB
    individually and on behalf of all others )
13  similarly situated,                     ) **DEFENDANT NORTHWEST AIRLINES'**
                                            ) **NOTICE OF APPEARANCE OF JOHN F.**
14                    Plaintiffs,           ) **COVE, JR. AND KENNETH F. ROSSMAN**
                                            ) **IV.**
15  vs.                                     )
                                            )
16  **AIR NEW ZEALAND, ALL NIPPON**         ) The Honorable Charles R. Breyer
    **AIRWAYS, AMERICAN AIRLINES, AMR**    )
17  **CORPORATION, CATHAY PACIFIC**         )
    **AIRWAYS, CHINA AIRLINES, EVA**        )
18  **AIRWAYS, JAPAN AIRLINES**             )
    **INTERNATIONAL, MALAYSIA**             )
19  **AIRLINES, NORTHWEST AIRLINES,**       )
    **QANTAS AIRWAYS, SINGAPORE**           )
20  **AIRLINES, THAI AIRWAYS, UNITED**      )
    **AIRLINES,**                           )
21                                          )
                      Defendants.           )
22                                          )

23

24

25

26

27

28

DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR. AND
KENNETH F. ROSSMAN IV - CASE NO. 07-CV-05811-CRB

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT John F. Cove, Jr. and Kenneth F. Rossman IV of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California 94612, hereby enter an appearance on behalf of defendant Northwest Airlines in the above-captioned matter.

Respectfully Submitted,

Dated: December 19, 2007

BOIES, SCHILLER & FLEXNER LLP

By:     /s/ Kenneth F. Rossman IV

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant Northwest Airlines

1

DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR. AND KENNETH F. ROSSMAN IV - CASE NO. 07-CV-05811-CRB