1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460
   Email:  jcove@bsfllp.com
5          krossman@bsfllp.com

6  Attorneys for Defendant Northwest Airlines

7
8
9              **UNITED STATES DISTRICT COURT**
10             **NORTHERN DISTRICT OF CALIFORNIA**
11

12  **BRENDEN G. MALOOF**,                 )   Case No. 07-CV-05811-CRB
    individually and on behalf of all others )
13  similarly situated,                    )   **DEFENDANT NORTHWEST AIRLINES'**
                                           )   **CERTIFICATION OF INTERESTED**
14              Plaintiffs,                )   **ENTITIES OR PERSONS**
                                           )
15  vs.                                    )
                                           )   The Honorable Charles R. Breyer
16  **AIR NEW ZEALAND, ALL NIPPON**        )
    **AIRWAYS, AMERICAN AIRLINES, AMR**    )
17  **CORPORATION, CATHAY PACIFIC**        )
    **AIRWAYS, CHINA AIRLINES, EVA**       )
18  **AIRWAYS, JAPAN AIRLINES**            )
    **INTERNATIONAL, MALAYSIA**            )
19  **AIRLINES, NORTHWEST AIRLINES,**      )
    **QANTAS AIRWAYS, SINGAPORE**          )
20  **AIRLINES, THAI AIRWAYS, UNITED**     )
    **AIRLINES,**                          )
21                                         )
                Defendants.                )
22                                         )

Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
| --- | --- |
| Northwest Airlines Corporation. | Publicly traded, indirect parent corporation of Northwest Airlines, Inc. |
| Northwest Airlines, Inc. | Primary operating entity of Northwest Airlines Corporation |

Respectfully Submitted,

Dated: December 19, 2007

BOIES, SCHILLER & FLEXNER LLP

By:     /s/ Kenneth F. Rossman IV

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant