| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| | JOHN F. COVE, JR. (CA Bar No. 212213) |
| 2 | KENNETH F. ROSSMAN IV (CA Bar No. 237558) |
| | 1999 Harrison St., Suite 900 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| 4 | Facsimile: (510) 874-1460 |
| | Email:  jcove@bsfllp.com |
| 5 |            krossman@bsfllp.com |
| 6 | Attorneys for Defendant Northwest Airlines |
| 7 | Additional Counsel on Signature Page |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDEN G. MALOOF**, individually and on behalf of all others similarly situated, | Case No. 07-CV-05811-CRB |
| Plaintiffs, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS** |
| vs. | |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, AMERICAN AIRLINES, AMR CORPORATION, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** | The Honorable Charles R. Breyer |
| Defendants. | |

1  Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff
4  Brendan G. Maloof, ("Plaintiff") and defendants Northwest Airlines, United Air Lines, Inc.,
5  American Airlines, Inc., and AMR Corp. (collectively, "Defendants"), through counsel, hereby
6  stipulate and agree as follows:

7  IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or
8  otherwise plead is enlarged until the later of: (1) the date when the Defendants would otherwise
9  be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days
10 after the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated
11 amended complaint is filed by Plaintiff in a single transferee Court and served on Defendants,
12 Defendants' time to answer, move, or otherwise plead is enlarged until 45 days after such service.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
14 on behalf of the Defendants of the summons and complaints in the above-captioned matter,
15 including any amended or consolidated complaints, and further, that such Defendants shall not
16 contest sufficiency of process or service of process. This Stipulation does not constitute a waiver
17 of any other defense including, but not limited to, the defenses of lack of personal or subject
18 matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to
19 answer, move, or otherwise respond to any complaint until the time provided in the preceding
20 paragraph. The above notwithstanding, should any Defendant, except pursuant to court order,
21 respond to any complaint in a related matter filed in another United States District Court prior to
22 the date contemplated by this stipulation, then such Defendant shall make a simultaneous
23 response to the complaint in the above-captioned matter.
24 //
25 //
26 //
27 //
28 //

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: December 19, 2007  BOIES, SCHILLER & FLEXNER LLP

By:    /s/ Kenneth F. Rossman IV

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Counsel for Defendant Northwest Airlines*

Dated: December 19, 2007  MAYER BROWN LLP

By:    *J. Joann Liao (by authorization)*

J. Joann Liao (jliao@mayerbrown.com)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060

*Counsel for Defendant United Air Lines, Inc.*

Dated:  December 19, 2007  WEIL, GOTSHAL & MANGES LLP

By:    *Steven Alan Reiss (by authorization)*

Steven Alan Reiss (steven.reiss@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
T: (212) 310-8686
F: (212) 310-8007

*Counsel for Defendants AMR Corp. and American Airlines, Inc.*

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS - CASE NO. 07-CV-05811-CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 19, 2007 | MURRAY & HOWARD, LLP |
| 3 | | |
| 4 | | By:   *Scott Yundt (by authorization)* |
| 5 | | GILMUR R. MURRAY<br>DEREK G. HOWARD<br>SCOTT J. YUNDT |
| 6 | | 436 14th St., Suite 1413<br>Oakland, CA 95612 |
| 7 | | Telephone: (510) 444-2660<br>Facsimile: (510) 444-2522 |
| 8 | | gmurray@murrayhowardlaw.com<br>dhoward@murrayhowardlaw.com |
| 9 | | syundt@murrayhowardlaw.com |
| 10 | | *Counsel for Plaintiff* |

December 20, 2007

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS - CASE NO. 07-CV-05811-CRB