1  Gilmur R. Murray (SBN 111856)
2  Derek G. Howard (SBN 118082)
   Scott J. Yundt (SBN 242595)
3  **MURRAY & HOWARD, LLP**
   436 14th Street, Suite 1413
4  Oakland, California 94612
   Telephone:    (510) 444-2660
5  Facsimile:    (510) 444-2522
6  gmurray@murrayhowardlaw.co
   dhoward@murrayhowardlaw.com
7  syundt@murrayhowardlaw.com

8  *Attorneys for Plaintiff Brenden G. Maloof and the Class*

9

10                         **UNITED STATES DISTRICT COURT**

11                         **NORTHERN DISTRICT OF CALIFORNIA**

12

13

| | |
|---|---|
| **BRENDEN G. MALOOF**, individually and on behalf of all others similarly situated, | Case No. 07-cv-05811-CRB |
| Plaintiffs, | **CLASS ACTION COMPLAINT** |
| vs. | **PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON DOMESTIC DEFENDANTS: UNITED AIRLINES; AMR CORPORATION; NORTHWEST AIRLINES, AND AMERICAN AIRLINES** |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, AMERICAN AIRLINES, AMR CORPORATION, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

**PROOF OF SERVICE**

Attached hereto as Exhibit A are true and correct copies of the Proofs of Service of process on domestic defendants: United Airlines; AMR Corporation; Northwest Airlines, and American Airlines with the *Brenden A. Maloof et al. v. Air New Zealand et al*. Summons, Complaint and related documents.

Dated: January 10, 2008        MURRAY & HOWARD LLP

By:   s/ Derek G. Howard
      DEREK G. HOWARD
      *Attorneys for Plaintiff and the Class*

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

2
**PROOF OF SERVICE**