# EXHIBIT A

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT J. YUNDT, ESQ. (242595)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California 94612 | (510) 444-2660 | |
| Attorneys for: BRENDEN G. MALOOF | Ref. No. Or File No.<br>W2487987 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRENDEN G. MALOOF

Defendant:
AIR NEW ZEALAND

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number:<br>C 07-05811 MJJ ADR  CRB |
|---|---|---|---|

I, Stephanie Barber, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the:
2. The Complaint;
   Summons;
3. Civil Cover Sheet;
4. Order Setting Initial Case Management Conference and ADR Deadlines;
5. Judge Martin J. Jenkins Standing Order for Cases Involving Sealed or Confidential Documents;
6. Judge Martin J. Jenkins Standing Order;
7. Standing Order for All Judged of the Northern District of California: Contents of Joint Case Management Statements;
8. U.S. District Court Northern California: ECF Registration Information Handout;
9. Welcome to the U.S. District Court, San Francisco, Handout;
10. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
11. Notice of Related Case(s); and
12. Order Relating Case

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : UNITED AIRLINES (UNITED AIR LINES)

By Serving          : BECKY DEGEORGE, Authorized Agent of CSC-Lawyers Incorporating Service, Agent for Service of Process
Address             : 2730 Gateway Oaks Drive, Suite 100 , Sacramento,CA 95833
Date & Time         : Friday, November 30, 2007 @ 12:10 p.m.
Witness fees were   : Not applicable.

Person serving:
Stephanie Barber
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2000-20
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007                              Signature: _____
                                                              Stephanie Barber


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT J. YUNDT, ESQ. (242595)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California  94612 | (510) 444-2660 | |
| Attorneys for: BRENDEN G. MALOOF | Ref. No. Or File No.<br>W2487988 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRENDEN G. MALOOF

Defendant:
AIR NEW ZEALAND

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-05811 ~~MJJ ADR~~  CRB |
|---|---|---|---|---|

I, Daniel Newcomb, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the:
1. The Complaint;
2. Summons;
3. Civil Cover Sheet;
4. Order Setting Initial Case Management Conference and ADR Deadlines;
5. Judge Martin J. Jenkins Standing Order for Cases Involving Sealed or Confidential Documents;
6. Judge Martin J. Jenkins Standing Order;
7. Standing Order for All Judged of the Northern District of California: Contents of Joint Case Management Statements;
8. U.S. District Court Northern California: ECF Registration Information Handout;
9. Welcome to the U.S. District Court, San Francisco, Handout;
10. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
11. Notice of Related Case(s); and
12. Order Relating Case

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : AMR Corporation

By Serving         : SCOTT LASCALA, Managing Agent of THE CORPORATION TRUST CO.,
                     Agent for Service of Process
Address            : 1209 N. Orange Street , Wilmington, Delaware  19801
Date & Time        : Friday, November 30, 2007 @ 1:20 p.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
Daniel Newcomb                           d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:
San Francisco, California  94105            (3) County:
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007                   Signature: _____
                                                    Daniel Newcomb


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT J. YUNDT, ESQ. (242595)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California  94612 | (510) 444-2660 | |
| Attorneys for:   BRENDEN G. MALOOF | Ref. No. Or File No.<br>W2487986 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRENDEN G. MALOOF

Defendant:
AIR NEW ZEALAND

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-05811 MJJ ADR CRB |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the:
1. The Complaint;
2. Summons;
3. Civil Cover Sheet;
4. Order Setting Initial Case Management Conference and ADR Deadlines;
5. Judge Martin J. Jenkins Standing Order for Cases Involving Sealed or Confidential Documents;
6. Judge Martin J. Jenkins Standing Order;
7. Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statements;
8. U.S. District Court Northern California: ECF Registration Information Handout;
9. Welcome to the U.S. District Court, San Francisco, Handout;
10. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
11. Notice of Related Case(s); and
12. Order Relating Case

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : Northwest Airlines

By Serving          : BJORN FLOR, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address             : 818 West Seventh Street, , Los Angles, CA 90017
Date & Time         : Monday, December 3, 2007 @ 1:30 p.m.
Witness fees were   : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007                    Signature: _____
                                                      B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT J. YUNDT, ESQ. (242595)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California 94612 | (510) 444-2660 | |
| | Ref. No. Or File No.<br>W2487986 | |
| Attorneys for: BRENDEN G. MALOOF | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRENDEN G. MALOOF

Defendant:
AIR NEW ZEALAND

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-05811 MJJ ADR CRB |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the:
1. The Complaint;
2. Summons;
3. Civil Cover Sheet;
4. Order Setting Initial Case Management Conference and ADR Deadlines;
5. Judge Martin J. Jenkins Standing Order for Cases Involving Sealed or Confidential Documents;
6. Judge Martin J. Jenkins Standing Order;
7. Standing Order for All Judged of the Northern District of California: Contents of Joint Case Management Statements;
8. U.S. District Court Northern California: ECF Registration Information Handout;
9. Welcome to the U.S. District Court, San Francisco, Handout;
10. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
11. Notice of Related Case(s); and
12. Order Relating Case

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : American Airlines |
| By Serving | : BJORN FLOR, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process |
| Address | : 818 West Seventh Street, , Los Angles, CA 90017 |
| Date & Time | : Monday, December 3, 2007 @ 1:30 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007         Signature: _____
                                              B. Anderson


Printed on recycled paper