## Attachment A

**Notice of Need for ADR Phone Conference:**

**Statement of Explanation of Status of Meet and Confer on ADR Process Selection.**

Due to the fact that this case is before the Judicial Panel on Multidistrict Litigation (JPML) and is awaiting consolidation and transfer to a district court, parties have not reached an agreement on the appropriate ADR process. The JPML hearing will take place on Wednesday, January 30, 2008. Following this hearing, the transferee Court will appoint Lead and/or Co-Lead Counsel to represent all of the plaintiffs in the related actions. It will be Lead Counsels responsibility to meet and confer with defense counsel to select an appropriate ADR process.